# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155217 & (114)(115)(117)(122)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 155217
                                     COA: 319998

DARRIN CRAWFORD,
          Defendant-Appellant.
                                     Wayne CC: 13-007629-FC

_____/

      On order of the Court, the motions to add documents are GRANTED to the extent that the referenced documents are considered as part of the defendant's application. The application for leave to appeal the December 6, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and the motion to serve subpoena are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018 _____



                                          Clerk

a0209